PROB 12C
(7/93)

Report Date:  December 16, 2010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Tuan H. Chau                    Case Number:  2:09CR00015-015

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 06/02/2010

Original Offense:        Misprision of a Felony, 18 U.S.C. § 4

Original Sentence:       Prison - 11 Months;           Type of Supervision:  Supervised Release
                         TSR - 12 Months

Asst. U.S. Attorney:     Russell E. Smoot              Date Supervision Commenced: 06/02/2010

Defense Attorney:        Gerald Smith                  Date Supervision Expires: 06/01/2011

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Tuan H. Chau has violated conditions of his supervised release by being arrested for fourth degree assault, domestic violence, contrary to condition #2 of his conditions of supervised release.  According to the Spokane Police Department incident report #10-0408016, on December 14, 2010, at approximately 3:26 p.m., Spokane Police officers responded to a report of an assault at 8424 North Nevada in Spokane, Washington. According to the victim, as well as one witness, Mr. Chau allegedly assaulted his girlfriend by slapping her twice in the face.  Mr. Chau left the residence when officers arrived.  He was eventually located and arrested on December 15, 2010, at approximately 8:45 a.m. and booked into the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re:  Chau, Tuan H.**
**December 16, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/16/2010

s/Shawn Kennicutt for

Anne L. Sauther
U.S. Probation Officer

**THE COURT ORDERS**

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

December 16, 2010
Date